UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DARNELL BURTS,<br><br>Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden,<br><br>Respondent. | Case No. CV 12-728 DDP(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: __July 23, 2012__

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE